IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT DRIEWER, and CAROLYN DRIEWER,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | 8:25CV460<br><br>ORDER |

　　　　Pursuant to the Notice of Settlement filed by counsel for defendant at Filing No. 17,

　　**IT IS ORDERED:**

　　1. On or before **February 2, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

　　2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

　　3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

　　Dated this 31st day of December, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge